*Affidavit*
**MANDATORY JUDICIAL NOTICE IN THE PRIVATE**
*In support and aid of United States Interest*
*Law of Nations Book 2 Article 105*

***Affidavit in support on behalf of the indispensable party, Beneficiary and TITLE HOLDER the United States, secured by:***
  See NH Secretary of State UCC File#130222603686 for JOSEPH R. ESKEL.
  See NH Secretary of State UCC File#130401629595 for CAROL JEAN MOODIE

Using the apparatus of the state TOWN OF DANVILLE NH, thru Attorney COLBY T. GAMESTER (usufructury's) has executed a judgment and claim (exhibit A) against a United States asset and against United States interests in the property listed herein ROCKINGHAM COUNTY REGISTRY OF DEEDS. This was done in express contradiction to the assignment of interest (UCC File#130222603686) and the provisions of your Title 12 USC 95a (2), ratified by your Title 12 USC 95b and TWEA at your US Title 50 Appendex section 5 and article(s) 1, 2, 3, 4, 36, 38, 137, <u>145</u>, 134, 23, 33, 37, 41, 46, 45, 43, 44, 31, 34, 36, and 38 of General Orders 100 (Lieber Code) and 12 U.S. OP Atty. Gen. 182 (1867)(elective franchise). The United States (the indispensable party) by and through the US attorney is/will be provided notice of this adverse claim
This Steward remains in rightful possession of the property for its protection and quiet enjoyment..

***Additionally,*** ever since the very first declaration of bankruptcy, the economy and thus security of the union is continuously threatened by "foreign interests" so to counter these threats to its survival and in accordance with the constitution, United States is authorized under Article 1 Section 8 Clause 10 to take all measures to insure its citizens ("protected persons" as martial law extends to all property and "persons" be they members of the hostile government or aliens to it (Lieber Code Article 7) and interests from acts of belligerency and insurrection, which are violations of the law of nations.

This threat to national security is basically a "fear of default / failure" under international duties and obligations of United States thus exposing the people to risk of exposure to public and private bankruptcy and liquidation (war) and with exercise of duty international law to protect the citizens from acts of terrorism, such as economic paralysis, thus threatening the nation with "death". The United States, in an act of divine inspiration bought / purchased ANY and ALL anyone who was born on these lands will ever do AND set up a means by which anyone in the world could do the same all supported by Law of Nations and defended by the Constitution under Article 1 Section 8 Clause 10.
"…if the thing make punishable is one which the United States are required by their obligations to use due diligence to prevent, it is an offense against the law of nations. "(Hamdan Brief)…

Page 1 of 4

United States by way of article 7 of Lieber Code extension of martial law has extended not only its jurisdiction but also its protection all those "person(s) and properties by making them subject to its martial law and in keeping with its duties under international law; Law of Nations book 2 article 104 extension of hospitality, to afford any foreigner perfect security as far as depends on him rendering each one of the people now a "trust protector" and a "capital contributor"... self governing themselves while their fruit goes into the nation in fulfillment of the pledge of the Declaration of Independence and thus an asset of the nation instead of and enemy of the state.

Pursuant to and in harmony with Law of Nations book 1 article 196 right of man to secure his affairs, Law of Nations book 2 article 104 extension of hospitality and under Lieber Code Article 134 pledge of your "fruit" or "usufruct" to the United States assists in defense the host nation from these "most wealthy capitalist" in this time of emergency to help ensure "national independence" (national security) in fulfillment of Law of Nations article 105 book 2 duty obligation of a foreigner; allowing United States to fulfill its international duties under Hague Article 43 restoration of public order and safety and allow for the administration of the "public estates" (NAME) under the rules of usufruct in accordance with Article 55 of Hague administration of the public estates and United States Constitution under article 1 section 8 clause 10 Constitutional duty to national security defense now must protect and defend its Article 1 Section 8 Clause 17 interest acquisition in discharge of duty under 14th Amendment to not question this public debt obligation.

All that is left is for the people to accept Lieber Code article 2 "peace treaty", as martial law does not end with the hostilities, it continues until proclamation or by way of "special mention by way of a treaty of peace wherein the occupying army remains as a condition of the same".

If one gets in the way, is it not a violation of your 15 USC 1 impediment of contract and Lieber Code article 46 interference with the proper administration of government as the matter is now a 14th amendment public debt obligation of a Lieber Code article 38 indemnification in service of an article 1 section 8 clause 17 interest acquisition authorized under article 1 section 8 clause 10 Constitutional duty to national security defense via exercise of Social Security Act 1936 authorized by your Congress in support of duties under Law of Nations book 2 article 104 extension of hospitality and Hague Article 43 restoration of public order and safety (which is Social Security) evidenced by the registration of the birth event securing lien of property and "person" in operation of article 1 section 8 clause 10 Constitutional duty to national security defense of and article 134 of Lieber Code pledge (which is Vital Statistics) with acceptance of the offer for your 12 USC 95a (2) / Trading with the enemy TWEA at your US Title 50 Appendix Section 5, offer of safe harbor in fulfillment of duty under Law of Nations book 2 article 105 defense with voluntary surrender of property or interest under your 31 USC 3713

assignment in acceptance of the estate (Name) and agency (NAME) granted pursuant to Law of Nations book 1 article 196 right of man to secure his affairs, article 1 Section 8 Clause 4 bankruptcy, and your 11 USC 558 initiation of re-organization by way of acceptance of adoption by United States as a result of the article 7 of Lieber Code extension of martial law to all property and "person" and in accordance with your 12 USC 95a (2) release of expectancy: credit;; assignment of reversion; no debt shall pass [1917 Trading With the Enemy Act codified] and your Securities Act of 1933 underwriting, securing, and ensuring United States ability to discharge duties under international law in accordance with Article 55 of Hague administration of the public estates (which is occupying state (or one acting as such) is administrator and usufructuary) to ensure the public Trust be administrated properly thru Lieber Code: **General Order 100 trust administration document by these "international** organizations"(international bankruptcy trustees) ensuring the treaty of Peace 1783 be observed and insuring a government of the people, by the people, and for the people never perishes from the Earth in fulfillment of Gettysburg Address proclamation issued in support of Declaration of Independence.

Thus, your "Pewee Coal" 341 U.S. 114 (71 S. CT. 670, 95 L.ED. 809) applies and each one who accepts this arrangement and surrenders any interest (or one of many other different ways under your Title 12 USC 95a (2) & TWEA is protector of this trust as "… the Government chose to intervene by taking possession and operating control. By doing so, it became the proprietor and, in the absence of contrary arrangements, was entitled to the benefits and subject to the liabilities which that status involves" and by taking (purchasing) title to all one will ever do (fruit of one's time) United States entered into a usufructuary contract with each one in exchange for safe harbor to ensure survival of United States of which STATE OF BIRTH is "receiver" of title pursuant to Article 31 of Lieber Code sequester of title and trustee (legal owner) to ensure the expectancy (usufruct – fruit of one) is delivered to UNITED STATES and STATE so the united States can fulfill its debt obligations and duties under international law.

## SUMMATION

12 USC 411 demand for Lawful money for all trans-actions, 38 stat. 265, for quittance and discharge from further obligation under 12 USC 95a (2), 40 stat 415, for Hague Article(s) 43 & 55 at 32 stat, 1803, treaty series, 403, 22 stat 940, treaty series 377 which is the Red Cross Convention of 1864, LC, art 2/38, LON, simple treaties, Book 1 192, 196 [governing articles] Then thru Lieber Code, General Order 100 Article 2 & 38 and Law of Nations, Treaty Book for protection, Book 1, 192 and 196 and further thru the custodian of the Birth Certificate Receipt for indemnification by deposit of Interest..

I, 3rd Party of Interest and General Executive, as an immortal soul, not schooled in your law, not an attorney and do not have license or capacity to manage legal matters of state and having come of age, not an infant, I an neither dead nor lost at sea.

*Man, Not Surety*
3ed Party of interest, General
Executor/Steward by necessity
A Foreign Jurisdiction, On behalf of the
"estate(s)" Beneficiary, United States
with their full faith and credit.
/- 781-973-8430

3rd Party of Interest/General Executor reserve protection and Postliminy of Property not limited to 599 Main St. Danille, NH under protection INSTRUCTIONS FOR THE GOVERNMENT OF ARMIES OF THE UNITED STATES IN THE FIELD. General Orders No. 100: The Lieber Code and other pertinent regulations. **Martial Law – Military jurisdiction – Military necessity – Retaliation,** Article(s) 1, 2, 3, 4, 36, 38, 137, 145, 134, 23, 33, 37, 41, 46, 45, 43, 44, 31, 34, 36, 38.

12 U.S. OP. Atty. Gen. 182. "elective franchise"

Hague Convention Article(s) 43 & 55.

NH Secretary of State, UCC File #130222603686 & 130401629595.

Law of Nations, Book 2 Article(s) 104 & 105.

Your Title 12 USC 95a (2), authorized by your Title 12 USC 95b and 1917 Trading with the Enemy Act codified.

Convention of the Amelloration of the Condition of the Wounded in Armies in the Field. Geneva, 22, August 1864 – Art. 5.

Constitution of the United States: Amendment XIV.

Constitution of the United States of America: Article VI.

Uniform Commercial Code Articles 3-305. Defenses and claims in recoupment and 3-306.

In harmony with Lords Prayer, Psalms 23 and Job 32: 21 & 22, King James.

Delaration of Independence. "And for the support of the Declaration, with a firm reliance on the protection of devine Providence, we mutually pledge to each other our Lives, our Fortunes and our Sacred Honor