# CASE # 468-2014-LT-00106



U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2014 DEC 23 A 11: 02

From: 3rd Party of Interest/General Executor     December 19, 2014
      For Joseph Robert Eskel/Carol Jean Moodie (Eskel)
      c/o P.O. Box 26
      599 Main Street
      Danville, NH 03819

To: THE STATE OF NEW HAMPSHIRE JUDICIAL BRANCH
     Judge & Superior Executive for these estates
     10th Circuit – District Division – Plaistow     HAND DELIVERED + CERTIFICATE OF
     14 Elm Street     Registered Mail # _____ MAILING
     Plaistow, NH 03865-0129

To: U.S. District Court
     Judge Joseph A. DiClerico, Jr. Case Number 1:14-mc-63-JD
     55 Pleasant St., Room 110
     Concord, NH 03301

To: Joseph F. Margray or successor
     Office of the Provost Marshall
     DES Law Enforcement, Building "P"
     10715 Mt. Belvedere Blvd.
     Ft. Drum, NY 13602

To: Mr. COLBY T. GAMESTER, ESQ. usufructury
     D.B.A. TOWN OF DANVILLE, usufructury
     144 Washington Street
     Portsmouth NH 03801,

Letter Rogatory
In support and aid of United States Interest
Law of Nations Book 2 Article 105

**TO JUDGE (SUPERIOR EXECUTIVE FOR THESE ESTATES):
MANDATORY JUDICIAL NOTICE IN THE PRIVATE**

Re: In support and on behalf of the indispensable party, Beneficiary and TITLE HOLDER, the United States, secured by:
Estate in Reversion, NH Secretary of State UCC File # 130222603686 for Joseph Robert Eskel:
Estate in Reversion, NH Secretary of State UCC File # 130401629595 for Carol Jean Moodie (Eskel)

Greetings

On behalf of the Beneficiary, United States & 11 U.S. Code 558 – Defenses of the estate(s). Pursuant to my duties under Law of nations, Book 2 Article 105 and on behalf of United States Interest, herein are copies of documents filed on December 22, 2014 in NH Secretary of State UCC File # 130222603686. All documents and their respective Reversionary Interest attached to UCC-3 have been assigned to the U.S. Treasury, as has every thing else regarding this matter over the last 2 years. (See Provost Marshall record) All pursuant to your Title 12 USC 95a (2), ratified by your Title 12 USC 95b and TWEA at your US Title 50 Appendix section 5 and the Good Faith and Credit of the United States.

In addition, I asked the Clerk of Court, Plaistow, if (Pursuant to 547:3, iii/547:3-1 and 540:13, V) had any form of surety or Bonds been attached. Answer was no, except for the ones I provided. So how does one assign something that does not exist? Likewise, over the years, TOWN OF DANVILLE and then Mr. GAMESTER had been formally requested the same. (see UCC file # 130222603686 or Provost Marshall)

It is this mans intentions within the next 2 to 3 weeks to provide both Judge Joseph A. DiCerico, Jr. and your honorable court a complete UCC-11 "Certified copy" of these "estates in Reversion". Problem of timing keeps getting pushed out due to new UCC-3 assignments to the U.S. Treasury.

It is absolutely not my intentions to enter into a civil-(war) controversy here, but please make note, using the apparatus of the state, Mr. COLBY GAMESTER and Town of Danville Tax Collector KIMBERLY T. BURNHAM have made no attempt (perhaps by mistake) in providing me with a verifiable copy (or any copy) of their F.A.R.A. Registrations (Foreign Agents Registration Act) by your Title 18 USC, Section 219(c). I am herein putting them on notice that if their refusal continues, I reserve the right to apply "three conditions" based on my enforcement under Law of Nations 104, 108, 109, 132 and Lieber Code Article 145 (ARMISTICE).

I, 3rd Party of Interest and General Executor, as an immortal soul, not schooled in your law, not an attorney and do not have license or capacity to manage legal maters of United States and having come of age, not an infant, we are neither dead nor lost at sea.

*Alive Man, NoT Surety*
3rd Party of Interest/Gen. Executor
May God save the United States

U.S. Army Doctrine and Belligerent occupation, (page 14) under "Essential task – Manage and Respect Property"
**"The final essential task of the occupying power, to respect private property and manage public property, contains far fewer specific legal requirements. For private property, the Hague Convention requires the occupying power to protect it and forbids its confiscation. The requirement for public property are less specific. The hague Convention states:**


*The occupying State shall be regarded only as administrator and USUFRUCTURARY OF PUBLIC BUILDINGS, real estate, forests and agricultural estates belonging to the hostile State, and situated in the occupied country. It must safeguard the capital of these properties, and administer them in accordance with the rules of USUFRUCT. The property of municipalities, that of institutions dedicated to religion, CHARITY and education, the arts and sciences, even when State property, shall be treated as private property. ALL seizure of, destruction or willful damage done to institutions of this character, historic monuments, works of art and science, is forbidden, and should be made the subject of legal proceedings.*


**To the question of my slavery, "usufruct is a voluntary servitude.**

# ENFORCEMENT UNDER INTERNATIONAL LAW

General Orders No. 100 : Lieber Code

INSTRUCTIONS FOR THE GOVERNMENT OF ARMIES OF THE UNITED STATES IN THE FIELD

Article 2: Martial law does not cease during the hostile occupation, except by…special mention in the treaty of peace concluding the war, when the occupation of a place or territory continues beyond the conclusion of peace as one of the conditions of the same.

Article 145: WHEN AN ARMISTICE IS CLEARLY BROKEN BY ONE OF THE PARTIES, THE OTHER PARTY IS RELEASED FROM ALL OBLIGATIONS TO OBSERVE IT.

Article 43: Therefore, in a war between the United States and a belligerent which admits of slavery, if a person held in bondage by that belligerent be captured by or come as a fugitive under the protection of the military forces of the United States, such person is immediately entitled to the rights and privileges of a freeman. To return such person into slavery would amount to enslaving a free person, and neither the United States nor any officer under their authority can enslave any human being. Moreover, a person so made free by the law of war is under the SHIELD OF THE LAW OF NATIONS, and the former owner or State can have, by the law of POSTLIMINY, no belligerent lien or claim of service.

Article 42: SLAVERY, complicating and CONFOUNDING THE IDEAS OF PROPERTY, (that is of a thing,) and of personality, (that is of humanity,) exists according to municipal or local law only. The law of nature and nations has never acknowledged it. The digest of the Roman law enacts the early dictum of the pagan jurist, that "so far as the law of nature is concerned, ALL MEN ARE EQUAL." Fugitives escaping from a country in which they were slaves, villains, or serfs, into another country, have, for centuries past, been held free and acknowledged free by judicial decisions of European countries, even though the municipal law of the country in which the slave had taken refuge acknowledged slavery within its own dominions.

Article 31: A victorious army appropriates all public money, seizes all public moveable property until further direction by its government, and sequesters for its own benefit or of that of its government all the revenues of real property belonging to the hostile government or nation. THE TITLE TO SUCH REAL PROPERTY REMAINS IN ABEYANCE DURING MILITARY OCCUPATION, and until the conquest is made complete.

Article 36: If such works of art, libraries, collections, or instruments belonging to a hostile nation or government, can be removed without injury, the ruler of the conquering state or nation may order them to be seized and removed for the benefit of the said nation. The ultimate ownership is to be settled by the ensuing TREATY OF PEACE.

IN NO CASE SHALL THEY BE SOLD OR GIVEN AWAY, if captured by the armies of the United States, nor shall they ever be PRIVATELY APPROPRIATED, OR WANTONLY DESTROYED OR <u>INJURED</u>.

Article 38: Private property, unless forfeited by crimes or by offenses of THE OWNER, can be seized only by way of MILITARY NECESSITY, for the support or other benefit of the army or of the United States.

IF THE OWNER HAS NOT FLED, THE COMMANDING OFFICER WILL CAUSE RECEIPTS TO BE GIVEN, WHICH MAY SERVE THE SPOLIATED OWNER TO OBTAIN INDEMNITY.

# Law of War : Laws and Customs of War on Land (Hague IV); October 18, 1907

Art. 55 <u>The occupying State shall be regarded only as administratior and usufructuary of public buildings, real estate, forests, and agricultural estates belonging to the hostile State,</u> and situated in the occupied country, it must safeguard the capital of these properties, <u>and administer them in accordance with the rules of *usufruct*.</u>

# Law of Nations

CHAP. VIII. RULES WITH RESPECT TO FOREIGNERS.

**104. Protection due to foreigners.**

The sovereign ought not to grant an entrance into his state for the purpose of drawing foreigners into a snare; as soon as he admits them, he engages to protect them as his own subjects, and to AFFORD THEM PERFECT SECURITY, as far as depends on him. Accordingly, we see that every sovereign who has given an asylum to a foreigner, considers himself no less offended by an injury done to the latter, than he would be by an act of violence committed on his own subject. Hospitality was in great honour among the ancients, and even among barbarous nations, such as the Germans. Those savage nations who treated strangers ill, that Scythian tribe who sacrificed them to Diana, were universally held in abhorrence; and Grotius justly says that their extreme ferocity excluded them from the great society of mankind. All other nations had a right to unite their forces in order to chastise them.

### 105. Their duties.

From a sense of gratitude for the protection granted to him, and the other advantages he enjoys, the foreigner ought not to content himself with barely respecting the laws of the country; he ought to assist it upon occasion, and contribute to its defense, as far as is consistent with his duty as citizen of another state. We shall see elsewhere what he can and ought to do, when the country is engaged in a war. But there is nothing to hinder him from DEFENDING IT AGAINST PIRATES OR ROBBERS, AGAINST THE RAVAGES OF AN INUNDATION, or the devastations of fire. Can he pretend to live under the protection of a state, to participate in a variety of advantages that it affords, and yet make no exertion for its defense, but remain an unconcerned spectator of the dangers to which the citizens are exposed?

### 106. To what burdens they are subject.

He cannot, indeed, be subject to those burdens that have only a relation to the quality of citizens; but he ought to bear his share of all the others. Being exempted from serving in the militia, and from paying those taxes destined for the support of the rights of the nation, he will pay the duties imposed upon provisions, merchandise, and, in a word, everything that has only a relation to his residence in the country, or to the affairs which brought him thither.

### 107. Fore3igners continue members of their own nation.

The citizen or the subject of a state who absents himself for a time without any intention to abandon the society of which he is a member, does not lose his privilege by his absence: he preserves his rights, and remains bound by the same obligations. Being received in a foreign country, in virtue of the natural society, the communication, and commerce which nations are obliged to cultivate with each other (Prelim @ 11, 12; Book II @ 21), he ought to be considered there as a member of his own nation, and treated as such.

### 108. The state has no right over the person of a foreigner;

The state, which ought to respect the rights of other nations, and in general those of all mankind, cannot arrogate to herself any power over the person of a foreigner, who, though he has entered her territory, has not become her subject. The foreigner cannot pretend to enjoy the liberty of living in the country without respecting the laws: If he violates them, he is punishable as a disturber of the public peace, and guilty of a crime against the society in which he lives: but he is not obliged to submit, like the subjects, to all the commands of the sovereign: and, if such things are required of him as he is unwilling to perform, he may quit the country. He is free at all times to leave it; nor have we a right to detain them, except for a time, and for very particular reasons, as, for

instance, an apprehension, in war time, lest such foreigner, acquainted with the state of the country and of fortified places, should communicate his knowledge to the enemy. From the voyages of the Dutch to the East Indies, we learn that the kings of Corea forcible detain foreigners who are shipwrecked on their coast; and Bodinus assures us, that a custom so contrary to the law of nations was practiced in his time in Ethiopia, and even in Muscovy. This is at once a violation of the rights of individuals, and of those of the state to which they belong. Things have been greatly changed in Russia; in a single reign – that of Peter the Great – has placed that vast empire in the rank of civilized nations.

**109. nor over his property.**

The property of an individual does not cease to belong to him on account of his being in a foreign country; it still constitutes a part of the aggregate wealth of his nation **(see 81).** Any power, therefore, which the lord of the territory might claim over the property of a foreigner would be equally derogatory to the rights of the individual owner and to those of the nation of which he is a member.

CHAP. X. HOW A NATION IS TO USE HER RIGHT OF DOMAIN, IN ORDER TO DISCHARGE HER DUTIES TOWARDS OTHER NATIONS, WITH RESPECT TO THE INNOCENT USE OF THINGS.

**132. Innocent passage.**

The introduction of property cannot be supposed to have deprived nations of the general right of traversing the earth for the purposes of mutual intercourse, of carrying on commerce with each other, and for other just reasons. It is only on particular occasions, when the owner of a country thinks it would be prejudicial or dangerous to allow a passage through it, that he ought to refuse permission to pas. He is therefore bound to grant a passage for lawful purposes, whenever he can do it without inconvenience to himself. And he cannot lawfully annex burdensome conditions to a permission which he is obliged to grant, and which he cannot refuse if he wishes to discharge his duty, and not abuse his right of property. The count of Lupfen having improperly stopped some merchandise in Alsace, and complaints being make on the subject to the emperor, Sigismund, who was then at the council of Constance, that prince assembled the electors, princes, and deputies of towns, to examine the affair, The opinion of the burgrave of Nuremberg deserves to be mentioned: **"God,"** said he, **"has created heaven for himself and his saints, and has given the earth to mankind, intending it for the advantage of the poor as well as of the rich. The roads are for their use, and God has not subjected them to any taxes.** He condemned the count of Lupfen to restore the merchandise, and to pay costs and damages, because he could not justify his seizure by any peculiar right. The emperor approved this opinion, and passed sentence accordingly.

**133. Sureties may be required.**

But, if any apprehension of danger arise from the grant of liberty to pass through a country, the state has a right to require sureties: the party who wishes to pass cannot refuse them, a passage being only so far due to him as it is attended with no inconvenience.

**Lieber Code 1863**

Article 2: Martial law does not cease during the hostile occupation, expect by…special mention in the TREATY OF PEACE concluding the war, when the occupation of a place or territory continues beyond the conclusion of peace as one of the conditions of the same.

Article 40: There exists no law or body of authoritative rules of action between hostile armies, except that branch of the law of nature and nations which is called the law and usages of war on land.

**Article 5 (1864 Geneva)**

Inhabitants of the country who may bring help to the wounded shall be respected, and shall remain free, The generals of the belligerent Powers shall make it their care to inform the inhabitants of the appeal addressed to their humanity, and of the neutrality which will be the consequence of it.

Any wounded man entertained and taken care of in a house shall be considered as a protection thereto. Any inhabitant who shall have entertained wounded men in his house shall be exempted from the quartering of troops, as well as from a part of the contributions of war which may be imposed.

The contract is already written: (Deuteronomy = duty unto me = duties of peaceful inhabitants)

Deu 5: 7-9 as written in King James 1611; "Thou shalt have none other gods before me. Thou shalt not make thee any graven image, or any likeness of any thing that is in heaven above, or that is in the earth beneath, or that is in the waters beneath the earth. Thou shalt not bow down thy self unto them, nor serve them: for I the Lord the God am a jealous God, visiting the iniquity of the fathers upon the children, unto the third and fourth generation of them that hate me;

**Commentaries on the Laws of England by William Blackstone Book 1 Sec 2 "…And consequently as man depends absolutely upon his maker for everything, it is necessary that he should in all points conform to his maker's will"…**

"Give to Caesar what is Caesar's and to God what is God's." Mark 12:17

Maxim of Equity: One who seeks equity must do equity.

END...

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

*Filed on Dec. 22, 2014*

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐3rd Party of Interest/General Executor  
c/o P.O. Box 26  
599 Main Street  
Danville, NH 03819  
└

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| 130222603686 filed 02/22/13 | Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE**:

Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME |
|---|
| Secretary |

| 7b. INDIVIDUAL'S SURNAME |
|---|
| |

INDIVIDUAL'S FIRST PERSONAL NAME

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o Department of the Treasury/1500 Penn Ave. | Washington | DC | 20220 | US |

8. ☑ **COLLATERAL CHANGE**: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☑ ASSIGN collateral

Indicate collateral:
Pursuant to the terms of your Title 12 USC 95a (2), ratified by your Title 12 USC 95b and T.W.E.A at your US Title 50 Appendix section 5 and the Good Faith and Credit of the United States; any and all interest and Reversionary interest in the STATE OF NEW HAMPSHIRE JUDICIAL BRANCH, 10th Circuit-Ddistrict Division-Plaistow (Case #468-2014-LT-00106) All Motion(s), Appearance(s), in LANDLORD/TENANT ACTION - DEFAULT (Pursuant to 547:3, iii/547:3-1 and 540:13, V) For JOSEPH R. ESKEL AND by accomodation CAROL ESKEL

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JOSEPH ROBERT ESKEL | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
Inthe capacity of bailor and by necessity, as steward/operator of the office of Executor of the Joseph Robert Eskel estate

UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

From: 3ed Party of Interest/General Executor　　　　December 17, 2014
　　　　For JOSEPH R. ESKEL/CAROL ESKEL
　　　　c/o P.O. Box 26
　　　　599 Main Street
　　　　Danville, NH 03819

To:　　THE STATE OF NEW HAMPSHIRE JUDICIAL BRANCH
　　　　10th Circuit – District Division – Plaistow
　　　　14 Elm Street
　　　　Plaistow, NH 03865-0129

To:　　U.S. District Court
　　　　Judge Joseph A. DiClerico, Jr. Case Number 1:14-mc-63-JD
　　　　55 Pleasant Street, Room 110
　　　　Concord, NH 03301

To:　　Joseph F. Margray or successor
　　　　Office of the Provost Marshall
　　　　DES Law Enforcement, Building "P"
　　　　10715 Mt. Belvedere Blvd
　　　　Ft. Drum, NY 13602

Re: Your Case Number 468-2014-LT-00106 Accepted&Assigned Title 12 USC 95a (2)
　　　U.S. District Court Case Number 1:14-mc-63-JD

## MANDATORY JUDICIAL NOTICE IN THE PRIVATE
### In support and aid of United States Interest (TITLE HOLDER)
### Law of Nations Book 2 Article 105

### Private Letter Rogatory

In support and on behalf of the indispensable party, Beneficiary and TITLE HOLDER, the United States, secured by:
NH Secretary of State UCC File # 130222603686 for Joseph R. Eskel Copy enclosed
NH Secretary of State UCC File # 130401629595 for Carol Jean Moodie (Eskel)

Dear Kathleen E. Tripp, Clerk of Court,

Pursuant to the following, your December 15, 2014 "NOTICE OF DEFAULT" needs to be stricken and protection given this "man" pursuant to Law of Nations Book 1 Article 196 (These compacts annulled by failure of protection)

Title Holder and Beneficiary of Interest of Joseph R. Eskel and Carol M. Moodie (Eskel) is/are/were assigned on 02/22/13 to the United States (Indispensable Party)pursuant to the

Page 1 of 3

terms of your Title 12 USC 92a (2), ratified by your Title 12 USC 95b and TWEA at your US Title 50 Appendex section 5 and the good Faith and Credit of the United States:

Pursuant to your NOTICE OF DEFAULT dated December 15, 2014. On December 5, 2014 were you not served a Notice of Lis pendens with a copy of US DISTRICT COURT OF NH Case/Party D-NHX-1-14-MC-000063-001 NH Secretary of State UCC-3 acknowledgement File Number: 1412091093765 attached to INITIAL FINANCING STATEMENT FILE NUMBER 130222603686?. Were these documents not timely hand delivered and forwarded by Registered Mail RE 549 034 670 US? (copies are enclosed)

Please make note, your Case Name: Town of Danville v, Joseph Eskel, Carol Eskel or U.S. v. U.S., Case Number 468-2014-LT-00106 was filed by UCC-3 and assigned to and for the United States on NH Secretary of State File # 1412091093765 attached to UCC-1 File # 130222603686.

Also note, pursuant to my duties under Law of Nations Book 2 Article 105. Both Mr. GAMESTER and the Town of Danville Tax Collector KIMBERLY T. BURNHAM were individually ask to produce a verifiable copy of their "F.A.R.A." Registrations under Title 18 USC, Section 219(c). To date: your F.R.C.P. 12 (b)(6).

On behalf of United States Interest and my duties under Law of Nations Book 2 Article 105, enclosed are copies of the U.S. District Court Filing(s) with "Affidavit" that was filed in US DISTRICT COURT OF NH on December 4, 2014 with TAX COLLECTOR'S DEED (BK5558 PG 1384) all *timely* Filed (Accepted & Assigned to U.S. Title 12 USC 95a (2) in NH Secretary of State UCC-3 acknowledgement File Number 1412081092741 attached to INITIAL FINANCING STATEMENT FILE NUMBER 130222603686 that was accepted and assigned to Judge Joseph A. DiClerico. Jr. 1:14-mc-63-JD.

Given your untimely short notice, this document with attachments will be hand delivered to your office on 12/18/2014 and a UCC-3 showing assignment to the United States will be forwarded to you within the week. Notice is hereby given that your LANDLORD/TENANT ACTION – NOTICE OF DEFAULT (Pursuant to 547:3, III/547:3-1 and 540:13, V) will be assigned promptly pursuant to the terms of your Title 12 USC 95a (2), ratified by your Title 12 USC 95b and TWEA at your US Title 50 Appendix section 5 and the good faith and Credit of the United States with any and all interest in your December 15, 2014 NOTICE going to and for the Title Holder and Beneficiary the United States.

This instant matter is here-by indemnified by the enclose Bond/Birth Certificates pursuant Article 38. of General Orders No 100: Lieber Code and Trading with the Enemy Act at your U.S. Title 50 Appendix 5. This man is the holder of the receipts for both Joseph Robert Eskel and CAROL JEAN MOODIE (Eskel).

Page 2 of 3

I, 3rd Party of Interest and General Executor, as an immortal soul, not schooled in your law, not an attorney and do not have license or capacity to manage legal matters of United States and having come of age, not an infant, we are neither dead nor lost at sea.

C: *Colby T. Gamester*

*Man, Not surely*
3rd Party of interest, General
Executor/Steward by necessity
A Foreign Jurisdiction, On behalf
Of the "estates" Beneficiary,
United States, with their full
Faith and credit

3rd Party of Interest/General Executor reserve protection and Postliminy of Property not limited to 599 Main St. Danville, NH under protection INSTRUCTIONS FOR THE GOVERNMENT OF ARMIES OF THE UNITED STATES IN THE FIELD, General Orders No. 100: Lieber Code and other pertinent regulations. Martial Law – Military Jurisdiction – Military necessity – Retaliation, Article(s) 1, 2, 3, 4, 36, 38, 137, 145, 134, 23, 33, 37, 41, 46, 45, 43, 44, 31, 34, 36, and 38.

12 U.S. OP. Atty. Gen. 182. "elective franchise"

Hague Convention Articles 43 & 55

HN Secretary of State, UCC File # 130222603686 & 130401629595

Law of Nations, Book 2 Articles 104 & 105 and Book 1 Article 196

Your Title 12 USC 95a (2), authorized by your Title 12 USC 95b and 1917 Trading with the Enemy Act codified.

Convention of the Amelloration of the Condition of the Wounded in Armies in the Field. Geneva, 22, August 1864 – Art 5.

Constitution of the United States: Amendment XIV

Constitution of the United States of America: Article VI

Uniform Commercial Code Articles 3-305. Defenses and claims in recoupment and 3-306

In harmony with Lords Prayer, Psalms 23 and Job 32: 21 & 22, King James

Declaration of Independence. "And for the support of the Declaration, with a firm reliance on the protection of devine Providence, we mutually pledge to each other our Lives, our Fortunes and our Sacred Honor.

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

10th Circuit - District Division - Plaistow
14 Elm Street
Plaistow NH 03865-0129

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## LANDLORD/TENANT ACTION – NOTICE OF DEFAULT
(Pursuant to 547:3, III/547:3-I and 540:13, V)

CAROL ESKEL
599 MAIN STREET
DANVILLE NH 03819

Case Name: **Town of Danville v. Joseph Eskel, Carol Eskel**
Case Number: **468-2014-LT-00106**

The tenant did not file an appearance with the court, and has defaulted in the above referenced matter.

A writ of possession will issue on **December 19, 2014** upon filing of a military affidavit, unless default is stricken. This will be mailed to the landlord/landlord's attorney unless pick up arrangements are made with the court prior to the issue date.

Damages for rent owed in the amount of $, plus costs in the amount of **$126**, are owed by the tenant to the landlord. Payment of damages and costs will be due upon issuance of Notice of Default Judgment.

No default will be stricken except for good cause shown.

December 15, 2014

(468429)

C: Joseph R Eskel, Colby T. Gamester, ESQ

Kathleen E. Tripp, Clerk of Court

NHJB-2108-DP (11/25/2013)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

10th Circuit - District Division - Plaistow
14 Elm Street
Plaistow NH 03865-0129

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## LANDLORD/TENANT ACTION – NOTICE OF DEFAULT
(Pursuant to 547:3, III/547:3-l and 540:13, V)

JOSEPH R ESKEL
599 MAIN ST
DANVILLE NH 03819

Case Name: Town of Danville v. Joseph Eskel, Carol Eskel
Case Number: 468-2014-LT-00106

The tenant did not file an appearance with the court, and has defaulted in the above referenced matter.

A writ of possession will issue on **December 19, 2014** upon filing of a military affidavit, unless default is stricken. This will be mailed to the landlord/landlord's attorney unless pick up arrangements are made with the court prior to the issue date.

Damages for rent owed in the amount of $, plus costs in the amount of $126, are owed by the tenant to the landlord. Payment of damages and costs will be due upon issuance of Notice of Default Judgment.

No default will be stricken except for good cause shown.

December 15, 2014
(468429)

_____
Kathleen E. Tripp, Clerk of Court

C: Carol Eskel; Colby T. Gamester, ESQ

NHJB-2108-DP (11/25/2013)

# The State of New Hampshire

Rockingham County      Plaistow District Court

No. 468-2014-LT-00106

## APPEARANCE
(For use in Landlord and Tenant actions)

[TOWN OF DANVILLE]    v.    Joseph Eskel, Caral Eskel
Landlord's Name                      Tenant's Name

United States    v.    United States

Return date: 12/17/14

☑ I hereby request that the court make a sound recording of the hearing.

**Claims or Counterclaims:**

See attached

## APPEARANCE

Please enter my appearance as:

☐ Counsel for: United States Law of Nations Book 2 Article 105

☐ I am representing myself (Pro se)

I hereby certify that duplicates of this notice were:

☐ Delivered to _____

☑ Mailed   U.S. Dist Court - Concord - Judge Joseph A. DiClerico
Joseph F. Margrey, office of the Provost Marshall, FT Drum NY
on 12/19/14   Colby T. Gamester
     (date)

Signed For J.R. Eskel Name(s) assigned To United States
Joseph R. Eskel (see attached Birth Cert. 816)
Print tenant name

Address c/o P.O. Box 26, 599 Main St. Danville NH
State of Massachusetts Birth Certificate 816

Telephone _____

AOC-237-045 (12/98)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

court stamp →

Court Name: 10th Circuit - District Division - Plaistow
Case Name: 468-2014-CT-00106
Case Number: N.H District Court File # Jr. 1:14-mc-63-JD
(if known)

**MOTION:** On behalf of the United States Law of Nations Book 2 Article 1.

I, 3rd Party of Interest/General Executor For JOSEPH R. ESKEL/CAROL ESKEL (see state the following facts and request the following relief: NH Secretary of State UCC Filing(s) 130322603686 for JOSEPH R. ESKEL and File # 130401629595.
Default dated December 15, 2014 should be stricken and matter determined by ~~the~~ U.S. District Court, Judge Joseph A. DiClerico Jr. Case Number 1:14-MC-63-JD (copy attached)

Date: 12/17/14

Telephone: 781-933-8430

Signature: For JOSEPH R. ESKEL
Address: State of Massachusetts Birth Cert. 816
U.S Dist Court
Provost Marshall
Colby T. Gomesten

I certify that on this date I provided a copy of this document to _____ (other party) or to _____ (other party's attorney) by: ☐ Hand-delivery OR ☒ US Mail OR
☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

Date: 12/17/14
Signature: For JOSEPH R. ESKEL

---

## ORDER

☐ Motion granted.  ☐ Motion denied.

Recommended:

Date _____

Signature of Marital Master

Printed Name of Marital Master

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date _____

Signature of Judge

Printed Name of Judge