UNITED STATES DISTRICT COURT
DISTRICT OF NEWHAMPSHIRE

In Re: Joseph Robert Eskel                    Miscellaneous Case No. 1:14-mc-63-JD

**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

Document no. [4] copies of documents filed in Plaistow District Court re: Landlord/Tenant Case #468-2014-LT-00106 by 3rd Party of Interest/Gen. Executor in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in document no. 4. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to document no. 4, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      SO ORDERED.

                                        /s/ Andrea K. Johnstone
                                        Andrea K. Johnstone
                                        United States Magistrate Judge

Date: January 6, 2015

cc: Joseph R. Eskel, pro se