**Other Orders/Judgments**
1:14-mc-00063-JD In Re: Joseph Robert Eskel

ADMIN,MAG

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 APR 10 A 11: 06

# U.S. District Court

# District of New Hampshire

## Notice of Electronic Filing

The following transaction was entered on 4/1/2015 at 12:14 PM EDT and filed on 3/31/2015
**Case Name:** In Re: Joseph Robert Eskel
**Case Number:** 1:14-mc-00063-JD
**Filer:**
**Document Number:** 11

**Docket Text:**
ORDER: By May 1, 2015, Eskel is granted leave to [...] with Rules 3 and 8 of the Federal Rules of Civil P[rocedure...] or a notice to the court stating that Eskel does n[ot...] does not otherwise seek any relief from this cour[t...] Order, or his filing of a notice stating that he doe[s...] civil action, may result in a recommendation that [...] failure to state a claim upon which relief can be gr[anted...] set for 5/1/2015.) So Ordered by Magistrate Judge [...]

*[Handwritten note:]* I believe the True Owner of Joseph Robert Eskel is the United States. Could you please forward the enclosed Correspondence to the proper party. Thank you for all of your help. Bob

1:14-mc-00063-JD Notice has been electronically mailed

1:14-mc-00063-JD Notice, to the extent appropriate, must be delivered conventionally to:

Joseph Robert Eskel
599 Main St
PO Box 26
Danville, NH 03819

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045603718 [Date=4/1/2015] [FileNumber=1381683-0]
[2afcb28a14ed56488c391af1fd33441205b275097dfdff29a6c2434a8840bbdb7ba4
bfa9564f0b17d0f86ed87f4001cf8c9f8aadcb020a5ccb2018c73684e2a3]]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In re: Joseph Robert Eskel    Case No. 14-mc-63-JD

**O R D E R**

Before the court are filings by Joseph Robert Eskel, including:

- "Affidavit - Mandatory Judicial Notice in the Private - In support and Aid of United States Interest Law of Nations Book 2 Article 105" (doc. no. 1);

- copies of documents filed in the New Hampshire Circuit Court, 10th Circuit, District Division, Plaistow (doc. no. 4); and

- four "Letters Rogatory" (doc. nos. 3, 6, 7 and 9).

Because Eskel is proceeding pro se, and has paid the filing fee, the case has been referred to this Magistrate Judge for preliminary review to determine whether Eskel has invoked the subject matter jurisdiction of the court. See LR 4.3(d)(3).

At this time, the nature of the action filed by Eskel is unclear and the court cannot discern a cognizable federal claim in Eskel's filings. In his first filing (doc. no. 1), Eskel appears to assert claims on behalf of the United States, but also, in a section of that filing entitled "Summation," Eskel asserts a "demand for lawful money for all trans-actions," as well as "quittance and discharge from further obligation." There are, however, no defendants or respondents identified in the action from whom he seeks relief. In

Eskel's first Letter Rogatory (doc. no. 3), however, he states: "It is absolutely not my intentions to enter into a civil-(war) controversy here."

The court is unclear as to whether Eskel is filing these documents with the aim to simply make the court aware of their contents, or if he is seeking to bring a civil action for relief. A person who seeks to initiate a civil lawsuit typically does so by filing a complaint. See Fed. R. Civ. P. 3. A complaint must contain a demand for relief, and a short and plain statement of the person's claims showing that he or she is entitled to relief from defendants named in the complaint, as well as a short and plain statement of the grounds for this court's jurisdiction over the case. See Fed. R. Civ. P. 8. Neither the nature of Eskel's claims, the relief sought, the basis for this court's jurisdiction over the case, nor the identity of the defendants is apparent from any of Eskel's filings to date. The court provides Eskel with an opportunity to clarify these matters and to file a civil complaint, should he seek to bring a civil action.

## Conclusion

1. By May 1, 2015, Eskel is granted leave to file either:

    A. A complaint that complies with Rules 3 and 8 of the Federal Rules of Civil Procedure, and with this court's local

rules; or

      B.   A notice to the court stating that Eskel does not intend to initiate a civil action, and does not otherwise seek any relief from this court.

2.   Eskel's failure to comply with this Order, or his filing of a notice stating that he does not intend to seek relief or initiate a civil action, may result in a recommendation that the district judge dismiss this case for failure to state a claim upon which relief can be granted.

SO ORDERED.

                                               /s/ Andrea K. Johnstone
                                             Andrea K. Johnstone
                                             United States Magistrate Judge

March 31, 2015

cc: Joseph Robert Eskel, pro se

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

OFFICIAL BUSINESS

Joseph Robert Eskel
599 Main St
PO Box 26
Danville, NH 03819

c/o P.O. Box 26
Danville, NH 03819



United States District Court
Office of the Clerk
55 Pleasant St. Room 110
Concord, New Hampshire 03301-3941