UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In re: Joseph Robert Eskel        Case No. 14-mc-63-JD

**REPORT AND RECOMMENDATION**

On March 31, 2015, this court issued an Order (doc. no. 11), directing Joseph Robert Eskel to either specify an intended cause of action in this matter, the basis for this court's jurisdiction, and against whom he seeks relief, or to advise the court that he does not seek to bring a civil action here.  Since that Order was issued, Eskel returned the copy of the Order notice that was sent to him, with a note asking the court to forward it to the United States in its capacity as Eskel's "true owner" (doc. no. 12), and filed six "Letters Rogatory" (doc. nos. 13, 14, 16-19).

None of the documents Eskel filed either satisfy the court's March 31, 2015, Order (doc. no. 11) or otherwise state a cause of action upon which relief might be granted. Accordingly, the district judge should dismiss this action, without prejudice to Eskel's ability to bring any appropriate civil action in a court of competent jurisdiction.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed.

R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order. See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010).

_____
Andrea K. Johnstone
United States Magistrate Judge

May 28, 2015

cc: Joseph Robert Eskel, pro se