UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In Re:  Joseph Robert Eskel       Miscellaneous Case No. 1:14-mc-63-JD

O R D E R

After due consideration of the response/notice (doc. no. 22) filed on June 10, 2015, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 28, 2015.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date: June 17, 2015

cc:   Joseph Robert Eskel, pro se