# Orders on Motions
1:14-mc-00063-JD In Re: Joseph Robert Eskel

ADMIN



U.S. DISTRICT COURT
DISTRICT N.H.
FILED

2015 JUN 2⁰ P 12: 15

U.S. District Court

District of New Hampshire

**Notice of Electronic Filing**

The following transaction was entered on 6/17/2015 at 4:25 PM EDT and filed on 6/17/2015
**Case Name:** In Re: Joseph Robert Eskel
**Case Number:** 1:14-mc-00063-JD
**Filer:**
**Document Number:** 23

**Docket Text:**
**///ORDER approving [20] Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 28, 2015. So Ordered by Judge Joseph A. DiClerico, Jr. (jeb)**


1:14-mc-00063-JD Notice has been electronically mailed to:

1:14-mc-00063-JD Notice, to the extent appropriate, must be delivered conventionally to:

Joseph Robert Eskel
599 Main St
PO Box 26
Danville, NH 03819

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045603718 [Date=6/17/2015] [FileNumber=1412127-0
] [373361485a5de87d9bf9d2c426480d8f0d7b8fd3058d1f467bd76cb705fb944b667
eedb8ce4635cd941db1b1b2469edabcfd7b91ed5bc322d58b4a3832feba28]]